**FILED**
September 03, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WUENCESLAO CISNEROS-CHAVEZ,

    Defendant.

Case No. 2:25-cr-00076-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  WUENCESLAO CISNEROS-CHAVEZ , Case No. 2:25-cr-00076-DJC , Charge 8 USC § 1326(a) and (b)(2), from custody for the following reasons:

    __X__  Release on Personal Recognizance

    _____  Bail Posted in the Sum of $ _____

    _____  Unsecured Appearance Bond $ _____

    _____  Appearance Bond with 10% Deposit

    _____  Appearance Bond with Surety

    _____  Corporate Surety Bail Bond

    _____  (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 03, 2025, at 3:00 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire