ERIC GRANT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-0076 DJC |
| Plaintiff, | UNITED STATES' MOTION AND ORDER FOR DISMISSAL OF CHARGE |
| v. | [Fed. R. Crim. P. 48(a)] |
| WUENCESLAO CISNEROS-CHAVEZ, | |
| Defendant. | |

The United States now moves to dismiss the indictment, charging Wuenceslao Cisneros-Chavez with being a deported alien found in the United States, in the above captioned case, without prejudice, in the interest of justice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: October 10, 2025                 ERIC GRANT
                                        United States Attorney


                                        /s/ *NICHOLAS M. FOGG*
                                        NICHOLAS M. FOGG
                                        Assistant United States Attorney

**ORDER**

The court hereby orders the indictment in case number 2:25-cr-00076 be DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: October 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE